IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Newsome, Mickey L

Printed: 10/29/08

Case Number: 07 B 18964
Judge: Wedoff, Eugene R
Filed: 10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: January 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,175.00 |  |
| Secured: |  | 922.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,990.40 |
| Trustee Fee: |  | 262.25 |
| Other Funds: |  | 0.00 |
| Totals: | 4,175.00 | 4,175.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Philip A. Igoe | Administrative | 3,500.00 | 2,990.40 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 13,248.65 | 922.35 |
| 4. | Illinois Dept of Revenue | Priority | 1,239.92 | 0.00 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 4,739.18 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 141.72 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 3,589.71 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 235.95 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 165.05 | 0.00 |
| 12. | Target National Bank | Unsecured | 68.21 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 93.02 | 0.00 |
| 14. | DaimlerChrysler Financial | Unsecured | 2,149.94 | 0.00 |
| 15. | Capital One | Unsecured | 261.42 | 0.00 |
| 16. | American General Finance | Unsecured |  | No Claim Filed |
| 17. | Associates/Citibank | Unsecured |  | No Claim Filed |
| 18. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,432.77 | $ 3,912.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 52.65 |
| 6.5% | 104.00 |
| 6.6% | 105.60 |
|  | $ 262.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Newsome, Mickey L | Case Number: 07 B 18964 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 10/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

